**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED JUN 30 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

DAVID J. BAZZETTA,

    Plaintiff,

vs.

Case No. 2:04CV73806
Hon. Avern Cohn

DAIMLERCHRYSLER CORP.,
a Delaware corporation,

    Defendant.

_____/



### STIPULATED ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

At a session of the Court, held
in the United States District Court for the
Eastern District of Michigan, Southern Division
on _____, 2005

FILED JUL 0 1 2005
CLERK'S OFFICE
DETROIT

PRESENT: Hon. _____
                    District Judge

    The matter having come before the Court pursuant to the attached Stipulation of the parties; and Counts I and VI having been previously dismissed with prejudice; and it appearing to the Court that the parties desire that this Order be entered dismissing this lawsuit and all remaining claims asserted herein, with prejudice and without costs; and the Court being fully advised in the premises;

    IT IS ORDERED that Counts II, III, IV and V of the First Amended Complaint and all other claims that were or could have been asserted in the First Amended Complaint be and hereby are DISMISSED WITH PREJUDICE and WITHOUT COSTS to any party.

DETROIT 3384530v1

IT IS FURTHER ORDERED that this is a final order disposing of all claims in this lawsuit and the case may therefore be closed.

_____
District Judge

So stipulated:

| **EISENBERG & BOGAS, P.C.** | **CLARK HILL PLC** |
|---|---|
| *See Attached* | *[signature]* |
| Sue Ellen Eisenberg (P25530) | William G. Asimakis, Jr. (P46155) |
| Kathleen L. Bogas (P25164) | John E. Berg (P40428) |
| 33 Bloomfield Hills Parkway, Suite 145 | 500 Woodward Avenue, Suite 3500 |
| Bloomfield Hills, MI  48304 | Detroit, MI  48226 |
| (248) 258-6080 | (313) 965-8300 |
| Attorneys for Plaintiff | Attorneys for DaimlerChrysler Corp. |
| Dated: _____ | Dated: 07·01·05 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. BAZZETTA,

        Plaintiff,

vs.                              Case No. 2:04CV73806
                                     Hon. Avern Cohn

DAIMLERCHRYSLER CORP.,
a Delaware corporation,

        Defendant.
_____/

## STIPULATED ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

At a session of the Court, held
in the United States District Court for the
Eastern District of Michigan, Southern Division

on _____, 2005

PRESENT: Hon. _____
                          District Judge

    The matter having come before the Court pursuant to the attached Stipulation of the parties; and Counts I and VI having been previously dismissed with prejudice; and it appearing to the Court that the parties desire that this Order be entered dismissing this lawsuit and all remaining claims asserted herein, with prejudice and without costs; and the Court being fully advised in the premises;

    IT IS ORDERED that Counts II, III, IV and V of the First Amended Complaint and all other claims that were or could have been asserted in the First Amended Complaint be and hereby are DISMISSED WITH PREJUDICE and WITHOUT COSTS to any party.

DETROIT 3384530v1

IT IS FURTHER ORDERED that this is a final order disposing of all claims in this lawsuit and the case may therefore be closed.

_____
District Judge

So stipulated:

| EISENBERG & BOGAS, P.C. | CLARK HILL PLC |
|---|---|
| *signature* | |
| Sue Ellen Eisenberg (P25530) | William G. Asimakis, Jr. (P46155) |
| Lucetta V. Franco (P25476) | John E. Berg (P40428) |
| 33 Bloomfield Hills Parkway, Suite 145 | 500 Woodward Avenue, Suite 3500 |
| Bloomfield Hills, MI 48304 | Detroit, MI 48226 |
| (248) 258-6080 | (313) 965-8300 |
| Attorneys for Plaintiff | Attorneys for DaimlerChrysler Corp. |

Dated: 7-1-05

Dated: _____